FILED: July 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6247
(1:11-cv-00704-TSE-TCB)
_____

WALTER THOMAS GODBEY

      Plaintiff - Appellant

v.

HUBERT SIMMONS, Correctional Officer; PAUL J. MASTERSON, Detective

      Defendants - Appellees

and

FEDERAL BUREAU OF PRISONS; PRINCE WILLIAM COUNTY POLICE DEPARTMENT

      Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                       /s/ PATRICIA S. CONNOR, CLERK