FILED: August 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6247
(1:11-cv-00704-TSE-TCB)
_____

WALTER THOMAS GODBEY

    Plaintiff - Appellant

v.

HUBERT SIMMONS, Correctional Officer; PAUL J. MASTERSON, Detective

    Defendants - Appellees

and

FEDERAL BUREAU OF PRISONS; PRINCE WILLIAM COUNTY POLICE DEPARTMENT

    Defendants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge King and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk